**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| PATRICK GATHIGI KARANJA, | NO. C09-472-RSL-JPD |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement, | |
| Respondent. | |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2241 petition, Dkt. 6, is DENIED, respondent's motion to dismiss, Dkt. 11, is GRANTED, and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

ORDER OF DISMISSAL

1 DATED this 24th day of August, 2009.

2

3

4 /s/ Robert S. Lasnik
Robert S. Lasnik
5 United States District Judge

ORDER OF DISMISSAL